IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SOUTH LAKE TAHOE, a municipality; and the CITY COUNCIL OF THE CITY OF SOUTH LAKE TAHOE,<br><br>Defendants. | 2:11-cv-01648-GEB-GGH<br><br>ORDER* |

On July 12, 2011, Defendants filed a motion to dismiss Plaintiff's first, second, and fourth causes of action. (ECF No. 12.) However, the Court granted Plaintiff's motion to file a First Amended Complaint, which Plaintiff filed on October 7, 2011, and it is now the operative pleading. See Hal Roach Studios, Inc., v. Richard Feiner and Co., Inc., 896 F.2d 1542, 1546 (9th Cir. 1989)(stating an amended complaint supercedes the prior complaint). Therefore, Defendants' July 12, 2011 dismissal motion is DENIED as moot since the motion does not address the operative pleading.

Dated: October 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

* This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1