MICHAEL R. LOZEAU (Cal. Bar No. 142893)
RICHARD T. DRURY (Cal. Bar No. 163559)
LOZEAU| DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200 / Fax: (510) 836-4205
E-mail: michael@lozeaudrury.com
          richard@lozeaudrury.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE, a California non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SOUTH LAKE TAHOE, a municipality; and the CITY COUNCIL OF THE CITY OF SOUTH LAKE TAHOE,<br><br>Defendants. | CIV. NO. 2:11−CV−01648−GEB−GGH<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINE FOR PREPARATION OF ADMINISTRATIVE RECORD AND BRIEFING SCHEDULE**<br><br>(California Environmental Quality Act, California Public Resources Code Section 21167.6(c))<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 10<br>Hon. Judge Garland E. Burrell, Jr. |

WHEREAS, the instant action was filed by Plaintiff The League to Save Lake Tahoe, a California non-profit corporation, ("Plaintiff" or "League"), on June 17, 2011, naming, as Defendants, the City of South Lake Tahoe and the City Council of the City of South Lake Tahoe (collectively, "Defendants" or "City").  The lawsuit challenges actions and inaction taken by the City on May 17, 2011, including (1) certification of the City of South Lake Tahoe General Plan Update Final Environmental Impact Report, (2) adoption of the City of South Lake Tahoe General Plan Update, and (3) failure by the City to submit the South Lake Tahoe General Plan Update to the Tahoe Regional Planning Agency ("TRPA") for review and approval pursuant to the Tahoe Regional Planning Compact ("Compact");

|   |   |
|---|---|
| 1 | WHEREAS, on June 17, 2011, Plaintiff filed a Notice of Intent to Prepare Record pursuant to California Public Resources Code Section 21167.6(a) and (b)(2); |

1  WHEREAS, on June 17, 2011, Plaintiff filed a Notice of Intent to Prepare Record pursuant
2  to California Public Resources Code Section 21167.6(a) and (b)(2);
3  WHEREAS, California Public Resources Code Section 21167.6(b)(2) provides that an
4  administrative record shall be prepared and certified within 60 days of service of the Notice of Intent
5  to Prepare Record, even if the plaintiff elects to prepare the record.  Therefore, the original deadline
6  for preparing the Administrative Record in this action was August 19, 2011;
7  WHEREAS, California Public Resources Code Section 21167.6(c) provides that all parties to
8  a CEQA action may stipulate to extend the deadline for preparing the administrative record for up to
9  60 days at a time;
10  WHEREAS, on or about October 3, 2011, the parties, through a Joint Status Report filed
11  with this Court, agreed to extend the deadline for the certifying and lodging of the Administrative
12  Record until January 17, 2012;
13  WHEREAS, this Court, through its Status (Pretrial Scheduling) Order dated October 7, 2011,
14  adopted the parties' extension for the certifying and lodging of the Administrative Record, and so
15  ordered;
16  WHEREAS, Plaintiff has reviewed the documents obtained from City, has prepared the
17  initial draft of the Administrative Record along with the draft Administrative Record Index, and has
18  submitted same to City for review;
19  WHEREAS, City is presently in the process of reviewing the Administrative Record and
20  Index for completeness and accuracy;
21  WHEREAS, the parties recognize that given the volume of the material and the need for
22  Plaintiff to incorporate any changes City may have to the Administrative Record and Index, it is
23  infeasible to compile, review, and assemble the record within the previously-agreed deadline;
24  WHEREAS, the parties now agree that the deadline for the certifying and lodging of the
25  Administrative Record be extended by thirty (30) days to February 17, 2012; and
26  WHEREAS, on or about October 3, 2011, the parties, through a Joint Status Report filed
27  with this Court, proposed a schedule for the filing of dispositive motions for summary judgment; and
28  WHEREAS, this Court, through its Status (Pretrial Scheduling) Order dated October 7, 2011,

1  adopted the parties' proposed briefing schedule for the filing of dispositive motions for summary
2  judgment, and so ordered; and
3       WHEREAS, the parties now propose that the briefing schedule and hearing date for the filing
4  of dispositive motions for summary judgment also be extended by thirty (30) days to accommodate
5  the new deadline for the certifying and lodging of the Administrative Record;
6       THEREFORE, the Parties hereby stipulate and agree as follows:
7    1. As permitted by California Public Resources Code Section 21167.6(c), the deadline for
8  preparing, lodging, and certifying the administrative record in this matter shall be extended by thirty
9  (30) days to February 17, 2012.
10   2. Based on the new deadline for the certifying and lodging of the Administrative Record, the
11 new schedule for filing of dispositive motions for summary judgment is:
12       April 3, 2012:  Parties file and serve dispositive motions for summary judgment
13       May 8, 2012:   Parties to file and serve oppositions to motions for summary judgment
14       May 29, 2012:  Parties to file and serve their reply briefs
15       June 18, 2012 at 9:00 a.m. or as soon thereafter as the Court may be available: Hearing/Trial.
16       IT IS SO STIPULATED.

17 January 12, 2012                LOZEAU | DRURY LLP

19                          By:   /s/ Michael R. Lozeau
20                                Michael R. Lozeau
                                  Attorneys for Plaintiff LEAGUE TO SAVE LAKE TAHOE
21
22 January 12, 2012                CITY ATTORNEY'S OFFICE FOR THE CITY OF SOUTH
                                   LAKE TAHOE
23

24                          By:   /s/ Nira Feeley (as authorized on January 12, 2012
                                  Nira Feeley, Deputy City Attorney
25                                Attorneys for Defendants CITY OF SOUTH LAKE TAHOE
26                                and THE CITY COUNCIL OF THE CITY OF SOUTH LAKE
                                  TAHOE
27
28

# ORDER

Pursuant to the above Stipulation and good cause appearing therefore, IT IS ORDERED THAT:

1. The deadline for preparing, lodging, and certifying the administrative record in this matter shall be extended by thirty (30) days to February 17, 2012.
2. The schedule for filing and hearing the parties' dispositive motions for summary judgment is amended as follows:

The parties shall each file and serve their dispositive motion for summary judgment on or before April 3, 2012.

The parties shall each file and serve their opposition brief on or before May 8, 2012.

The parties shall each file and serve their reply brief on or before May 29, 2012.

The hearing on the parties' cross motions for summary judgment shall commence at 9:00 a.m. on June 18, 2012.

**Date: 1/12/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge